IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRAD JAMES,

      Plaintiff,                        CIV. NO. S- 08-2681 FCD GGH PS

   vs.

DEUTSCHE BANK NATIONAL TRUST CO., et al.,

      Defendants.                    ORDER

_____/

        Presently calendared for hearing on December 18, 2008, are three motions to dismiss. No opposition having been filed, and having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motions. Accordingly, the court will not entertain oral argument, and will determine the motions on the record, including the briefing in support of the pending motions. See E.D. Cal. L.R. 78-230(h).

        Accordingly, IT IS ORDERED that:

        1. The December 18, 2008 hearing on the motions to dismiss, filed November 12, 2008 (docket nos. 9, 12), and the motion to dismiss, filed November 14, 2008 (docket no. 15), is vacated; and

\\\\\

1      2.  The motions are submitted on the record.

2  DATED: December 11, 2008

3                                        /s/ Gregory G. Hollows

4                                        _____
                                         GREGORY G. HOLLOWS
                                         U. S. MAGISTRATE JUDGE

5  GGH:076:James2681.vac.wpd